**STATE BOARD OF REGISTRATION FOR the HEALING ARTS,**
Appellant,

v.

**James W. KNIGHT, M.D., Respondent.**

**No. WD 73784.**

Missouri Court of Appeals,
Western District.

July 24, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2012.

Application for Transfer Denied Oct. 30, 2012.

Glenn Edward Bradford and Robert Gregory Groves, Kansas City, MO, for appellant.

James Bernard Deutsch and Thomas R. Schwarz, Jr., Jefferson City, MO, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

### *ORDER*

PER CURIAM:

The State Board of Registration for the Healing Arts appeals the Administrative Hearing Commission's decision in favor of James W. Knight, M.D., in the Board's disciplinary action against him. The Board appeals, contending that the Commission was guilty of reversible error in excluding the testimony of its expert witnesses. The judgment is affirmed. Rule 84.16(b).